FILED
July 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D37

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Peair Perry Taitt and Silvia Torres Torres | **Case No :** | 11-26199 - B - 13J |
| | | **Date :** | 7/5/11 |
| | | **Time :** | 09:32 |
| **Matter :** | [31] - Motion/Application to Confirm/Modify Chapter 13 Plan [SS-2] Filed by Debtor Peair Perry Taitt, Joint Debtor Silvia Torres Torres (ears) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

The matter was unopposed. Due to the size of the three related calendars (208 matters), the court made the following ruling without findings.

IT IS ORDERED that the motion is granted, and the amended plan filed May 23, 2011 will be confirmed.

Counsel for the debtors shall submit an order confirming the plan using EDC form 3-081-03 (Rev. 7/1/03) that conforms to the court's ruling and which has been approved by the trustee. The title of the order shall include a specific reference to the filing date of the amended plan.

Dated: July 07, 2011

Thomas C. Holman
United States Bankruptcy Judge